No. 68–5009.  SCHNEBLE *v.* FLORIDA.  Sup. Ct. Fla. [Certiorari granted, 403 U. S. 952.]  Motion to use record in No. 1070, Misc., October Term, 1967 [*Schneble v. Florida,* 392 U. S. 298], granted.

No. 68–5027.  AIKENS *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 69–5003.  FURMAN *v.* GEORGIA.  Sup. Ct. Ga.;
No. 69–5030.  JACKSON *v.* GEORGIA.  Sup. Ct. Ga.; and
No. 69–5031.  BRANCH *v.* TEXAS.  Ct. Crim. App. Tex. Motions of James V. Bennett et al., National Association for the Advancement of Colored People et al., Synagogue Council of America and its Constituents et al., and American Civil Liberties Union for leave to file briefs as *amici curiae* granted.  Motion of respondent in No. 68–5027 for leave to proceed on original record granted. [Certiorari granted, 403 U. S. 952.]

No. 69–4.  ZICARELLI *v.* NEW JERSEY STATE COMMISSION OF INVESTIGATION.  Appeal from Sup. Ct. N. J. [Probable jurisdiction noted, 401 U. S. 933.]  Motion of National District Attorneys Assn. et al. for leave to participate in oral argument as *amici curiae* denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 69–5.  D. H. OVERMYER Co., INC., OF OHIO ET AL. *v.* FRICK Co.  Ct. App. Ohio, Lucas County.  [Certiorari granted, 401 U. S. 992.]  Motions of Ohio State Legal Services Assn. et al. for leave to file a brief as *amici curiae* and to dispense with printing granted.

No. 69–5001.  MOORE *v.* ILLINOIS.  Sup. Ct. Ill. [Certiorari granted, 403 U. S. 953.]  Motion of petitioner to proceed on original record granted.  Motion of NAACP Legal Defense & Educational Fund, Inc., et al. for leave to file a brief as *amici curiae* granted.